452 A.2d 62

Commonwealth v. Ingram a/k/a White, Appellant.

Submitted December 8, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, MONTGOMERY and LIPEZ, JJ.

Judgment of sentence affirmed.